

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-22-00349-CV

| | | |
|---|---|---|
| YASSY HERNANDEZ TERREFORTE, Appellant | § | On Appeal from the 233rd District Court |
| | § | of Tarrant County (233-708038-21) |
| V. | § | October 27, 2022 |
| IRWING ONIX GONZALEZ, Appellee | § | Memorandum Opinion by Justice Kerr |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Elizabeth Kerr_____
Justice Elizabeth Kerr